# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2013

Robert P. Young, Jr.,
Chief Justice

145773

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ESTATE OF BARBARA JOHNSON, by
JOEDEANNA JOHNSON, Successor
Personal Representative,
         Plaintiff-Appellee,

v

                                      SC: 145773
                                      COA: 297066
                                      Wexford CC: 07-020602-NH

ROBERT F. KOWALSKI, M.D.,
         Defendant-Appellant,

and

TRINITY HEALTH-MICHIGAN d/b/a MERCY
HOSPITAL CADILLAC, FOUR SEASONS
EMERGENCY ASSOCIATES, L.L.C., and
MUNSON MEDICAL CENTER,
         Defendants.

_____/

      On order of the Court, the application for leave to appeal the May 29, 2012 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address: (1) whether the affidavit of Charles J. Urse, M.D. is admissible; and (2) whether correspondence between the plaintiff's counsel and Dr. Urse's claims representative is admissible.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2013



h0925

                                        Clerk